np 

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

_Terrence Lee, Smith_

_____,

Plaintiff(s), VS

~~VALERIE A. HENRY~~
PAT QUINN, MICHELLE
R.B. SADDLER, ~~ANNET~~,
ANITA ALVAREZ, DOROTHY A
BROWN

Defendant(s).

13CV3937
JUDGE CHANG
MAG. JUDGE SCHENKIER

**RECEIVED**

MAY 2 8 2013

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

## COMPLAINT FOR VIOLATION OF CONSTITUTIONAL RIGHTS

*This form complaint is designed to help you, as a **pro se** plaintiff, state your case in a clear manner. Please read the directions and the numbered paragraphs carefully. Some paragraphs may not apply to you. You may cross out paragraphs that do not apply to you. All references to "plaintiff" and "defendant" are stated in the singular but will apply to more than one plaintiff or defendant if that is the nature of the case.*

1. This is a claim for violation of plaintiff's civil rights as protected by the Constitution and laws of the United States under 42 U.S.C. §§ 1983, 1985, and 1986.

2. The court has jurisdiction under 28 U.S.C. §§ 1343 and 1367.

3. Plaintiff's full name is _Terrence Lee, Smith_.

*If there are additional plaintiffs, fill in the above information as to the first-named plaintiff and complete the information for each additional plaintiff on an extra sheet.*

1

4. Defendant, ~~MICHELLE~~ R.B. SADDLER, ~~PAT QUINN~~ ANITA ALVAREZ ~~(#, the badge number if known) ANITA ALVAREZ~~

   ☑ an officer or official employed by STATE OF ~~ALVEREZ~~ ILLINOIS ;
   (department or agency of government)

   _____ or

   ☐ an individual not employed by a governmental entity.

   *If there are additional defendants, fill in the above information as to the first-named defendant and complete the information for each additional defendant on an extra sheet.*

5. The municipality, township or county under whose authority defendant officer or official

   acted is County of Cook, . As to plaintiff's federal

   constitutional claims, the municipality, township or county is a defendant only if

   custom or policy allegations are made at paragraph 7 below.

6. On or about APR 23 2013, at approximately unknown ☐ a.m. ☐ p.m.
   (month,day, year)
   plaintiff was present in the municipality (or unincorporated area) of Harvey

   Illinois , in the County of Cook ,

   State of Illinois, at 14311 Normal ,
   (identify location as precisely as possible)

   when defendant violated plaintiff's civil rights as follows *(Place X in each box that applies)*:

   ☐ arrested or seized plaintiff without probable cause to believe that plaintiff had committed, was committing or was about to commit a crime;
   ☑ searched plaintiff or his property without a warrant and without reasonable cause;
   ☑ used excessive force upon plaintiff;
   ☑ failed to intervene to protect plaintiff from violation of plaintiff's civil rights by one or more other defendants;
   ☐ failed to provide plaintiff with needed medical care;
   ☑ conspired together to violate one or more of plaintiff's civil rights;
   ☐ Other: prelidigated Judgement without trial due process of Law

2

7. Defendant officer or official acted pursuant to a custom or policy of defendant municipality, county or township, which custom or policy is the following: (*Leave blank if no custom or policy is alleged*): Public Act 097-0926 (305 ILCS 5/10-15.1

8. Plaintiff was charged with one or more crimes, specifically:

(Lack of Subject matter Jurisdiction) Debt collection for Eighteen year's Relief of Petitioner VALERIE A HENRY pregnacy and delivery cost.

9. (*Place an X in the box that applies. If none applies, you may describe the criminal proceedings under "Other"*) The criminal proceedings

☑ are still pending.

☐ were terminated in favor of plaintiff in a manner indicating plaintiff was innocent.[1]

☑ Plaintiff was found guilty of one or more charges because defendant deprived me of a fair trial as follows _____

☐ Other: _____

---

[1] Examples of termination in favor of the plaintiff in a manner indicating plaintiff was innocent may include a judgment of not guilty, reversal of a conviction on direct appeal, expungement of the conviction, a voluntary dismissal (SOL) by the prosecutor, or a *nolle prosequi* order.

3

10. Plaintiff further alleges as follows: (*Describe what happened that you believe supports your claims. To the extent possible, be specific as to your own actions and the actions of each defendant.*)

I received a summons from ~~Circuit Court~~ CIRCUIT COURT OF COOK COUNTY, ILLINOIS DOMESTIC ~~RELESOIN~~ RELATION DIVISION, ~~14 Amendment~~ Pertaining to debt collection and surveiled for 18 years deprivation of 14 Amendment Equal protection Clause of the due process of Law. I Terrence Lee Smith ~~was deprived~~ Procreator of my daughter Myla Henrysmith has never ~~He~~ obtained 50% of my natural Right's as a father and my natural right's as a natural born citizen ~~of~~ born in the adopted state of Illinois to the United States of America. Since my daughter Reside's in the state of Virginia, The defendants accusation's against my Parental gaurdianship.

11. Defendant acted knowingly, intentionally, willfully and maliciously. yes

12. As a result of defendant's conduct, plaintiff was injured as follows:

Loss of personal property, emotional duress, distress.

13. Plaintiff asks that the case be tried by a jury. ☑ Yes ☐ No

4

14. Plaintiff also claims violation of rights that may be protected by the laws of Illinois, such as false arrest, assault, battery, false imprisonment, malicious prosecution, conspiracy, and/or any other claim that may be supported by the allegations of this complaint.

*yes*

**WHEREFORE,** plaintiff asks for the following relief:

A. Damages to compensate for all bodily harm, emotional harm, pain and suffering, loss of income, loss of enjoyment of life, property damage and any other injuries inflicted by defendant;

B. ☐ *(Place X in box if you are seeking punitive damages.)* Punitive damages against the individual defendant; and

C. Such injunctive, declaratory, or other relief as may be appropriate, including attorney's fees and reasonable expenses as authorized by 42 U.S.C. § 1988.

Plaintiff's signature: *Terrence L. Smith*

Plaintiff's name *(print clearly or type)*: Terrence Lee Smith

Plaintiff's mailing address: 14311 Normal, Harvey IL

City: Harvey  State: IL  ZIP: 60426

Plaintiff's telephone number: (708) 210-1279

Plaintiff's email address *(if you prefer to be contacted by email)*: _____

15. Plaintiff has previously filed a case in this district. ☐ Yes ☑ No

If yes, please list the cases below.

*Any additional plaintiffs must sign the complaint and provide the same information as the first plaintiff. An additional signature page may be added.*

5